UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 0:11-md-02249 (DWF/SER) |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                      Plaintiff<br><br>v.<br><br>A&R LOGISTICS, INC.; ACE HARDWARE CORPORATION; ALLIED VAN LINES, INC.; ATLAS VAN LINES, INC.; BEST WAY EXPRESS, INC.; BULKMATIC TRANSPORT COMPANY; CARDINAL TRANSPORT, INC.; CARTER EXPRESS, INC.; CELADON GROUP, INC.; CENTRAL TRANSPORT NORTH AMERICA, INC.; CON-WAY FREIGHT, INC.; CON-WAY, INC.; DAWES TRANSPORT, INC.; deBOER TRANSPORTATION, INC.; DO IT BEST CORP.; DOHRN TRANSFER COMPANY; EARL L. HENDERSON TRUCKING COMPANY; EQUITY TRANSPORTATION COMPANY, INC.; G & F TRUCKING LEASING, INC.; GULLY TRANSPORTAITON, INC.; H.O. WOLDING, INC.; JBS LOGISTICS, INC.; JOHNSON TRUCKING OF NEENAH, INC.; MARTEN TRANSPORTS, LLC; THE MASON AND DIXON LINES, INCORPORATED; NORTH AMERICAN VAN LINES, INC.; ORMSBY TRUCKING, INC.; POINT DEDICATED SERVICES, LLC; R&M TRUCKING CO.; ROADRUNNER TRANSPORTATION SERVICES, INC.; ROEHL TRANSPORT, | Case No.:  11-cv-02551-DWF-SER<br><br>**NOTICE OF APPEARANCE** |

| | |
|---|---|
| INC.; RUSH TRUCKING CORPORATION; SCHNEIDER NATIONAL CARRIERS, INC.; STANDARD FORWARDING, LLC; SUPER SERVICE, LLC; THOMASON EXPRESS, LLC; TRANSPORTATION SERVICES, INC. (TSI); UNIVERSAL TRUCKLOAD SERVICES, INC.; USF HOLLAND, INC.; and VENTURE LOGISTICS SERVICES, INC.<br><br>                              Defendants. | |

The undersigned attorney hereby notifies the Court and counsel that Maslon Edelman Borman & Brand, LLP shall appear as counsel of record for Defendants Central Transport North America, Inc. and The Mason and Dixon Lines, Incorporated in the above-referenced matter.

Dated:  September 20, 2011         **MASLON EDELMAN BORMAN & BRAND, LLP**

                                        By:  s/ Justin H. Perl
                                              Justin H. Perl (MN #: 151397)
                                        3300 Wells Fargo Center
                                        90 South Seventh Street
                                        Minneapolis, MN 55402
                                        Telephone:  (612) 672-8200
                                        Facsimile:   (612) 672-8397
                                        E-Mail:  Justin.Perl@maslon.com

                                        **Attorneys for Defendants Central Transport North America, Inc. and The Mason and Dixon Lines, Incorporated**