**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>A&R LOGISTICS, INC., *et al.*,<br><br>     Defendants. | **Case No. 0:11-cv-02551-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF ACE HARDWARE CORPORATION WITH PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Ace Hardware Corporation with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 13, 2011.

          */s/ Steven R. Daniels*
          Steven R. Daniels
          (Admitted *Pro Hac Vice)*
          Farney Daniels LLP
          800 S. Austin Avenue, Suite 200
          Georgetown, TX  78626-5845
          Telephone: 512-582-2820
          Facsimile: 512-733-3623
          sdaniels@farneydaniels.com

          **Attorneys for Plaintiff**
          **PJC Logistics, LLC**