**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>A&R LOGISTICS, INC., *et al.*,<br><br>                              Defendants. | **Case No. 0:11-cv-02551-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF BULKMATIC TRANSPORT COMPANY WITH PREJUDICE** |

   Plaintiff PJC Logistics, LLC hereby dismisses Defendant Bulkmatic Transport Company with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 13, 2011.

                    */s/ Steven R. Daniels*
                    Steven R. Daniels
                    (Admitted *Pro Hac Vice*)
                    Farney Daniels LLP
                    800 S. Austin Avenue, Suite 200
                    Georgetown, TX  78626-5845
                    Telephone: 512-582-2820
                    Facsimile: 512-733-3623
                    sdaniels@farneydaniels.com

                    **Attorneys for Plaintiff**
                    **PJC Logistics, LLC**