## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

IN RE:  VEHICLE TRACKING AND                    MDL NO. 11-2249
SECURITY SYSTEM ('844) PATENT
LITIGATION

---

PJC LOGISTICS, LLC,

                          Plaintiff,

v.

A&R LOGISTICS, INC., *et al.*,

                          Defendants.

**Case No. 0:11-cv-02551-DWF-SER**

**NOTICE OF DISMISSAL OF
H.O. WOLDING, INC.
WITH PREJUDICE**

Plaintiff PJC Logistics, LLC hereby dismisses Defendant H.O. Wolding, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 13, 2011.

                              */s/ Steven R. Daniels*
                              Steven R. Daniels
                              (Admitted *Pro Hac Vice*)
                              Farney Daniels LLP
                              800 S. Austin Avenue, Suite 200
                              Georgetown, TX  78626-5845
                              Telephone: 512-582-2820
                              Facsimile: 512-733-3623
                              sdaniels@farneydaniels.com

                              **Attorneys for Plaintiff**
                              **PJC Logistics, LLC**