# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>A&R LOGISTICS, INC., *et al.*,<br><br>　　　　　　　　　Defendants. | **Case No. 0:11-cv-02551-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF TRANSPORTATION SERVICES, INC. WITH PREJUDICE** |

　　　　Plaintiff PJC Logistics, LLC hereby dismisses Defendant Transportation Services, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 14, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Steven R. Daniels*
　　　　　　　　　　　　　　　　　　　　　　　　Steven R. Daniels
　　　　　　　　　　　　　　　　　　　　　　　　(Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　　　Farney Daniels LLP
　　　　　　　　　　　　　　　　　　　　　　　　800 S. Austin Avenue, Suite 200
　　　　　　　　　　　　　　　　　　　　　　　　Georgetown, TX  78626-5845
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 512-582-2820
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 512-733-3623
　　　　　　　　　　　　　　　　　　　　　　　　sdaniels@farneydaniels.com

　　　　　　　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiff**
　　　　　　　　　　　　　　　　　　　　　　　　**PJC Logistics, LLC**