**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>A&R LOGISTICS, INC., *et al.*,<br><br>                              Defendants. | **Case No. 0:11-cv-02551-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF SUPER SERVICE, LLC WITHOUT PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Super Service, LLC without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 16, 2011.

                                                                   */s/ Steven R. Daniels*
                                                                   Steven R. Daniels
                                                                   (Admitted *Pro Hac Vice*)
                                                                   Farney Daniels LLP
                                                                   800 S. Austin Avenue, Suite 200
                                                                   Georgetown, TX  78626-5845
                                                                   Telephone: 512-582-2820
                                                                   Facsimile: 512-733-3623
                                                                   sdaniels@farneydaniels.com

                                                                   **Attorneys for Plaintiff**
                                                                   **PJC Logistics, LLC**