**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

IN RE:  VEHICLE TRACKING AND
SECURITY SYSTEM ('844) PATENT
LITIGATION

MDL NO. 11-2249

---

PJC LOGISTICS, LLC,

                Plaintiff,

v.

A&R LOGISTICS, INC., *et al.*,

                Defendants.

**Case No. 0:11-cv-02551-DWF-SER**

**NOTICE OF DISMISSAL OF**
**VENTURE LOGISTICS SERVICES, INC.**
**WITHOUT PREJUDICE**

      Plaintiff PJC Logistics, LLC hereby dismisses Defendant Venture Logistics Services, Inc. without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 19, 2011.

                                    */s/ Steven R. Daniels*
                                    Steven R. Daniels
                                    (Admitted *Pro Hac Vice*)
                                    Farney Daniels LLP
                                    800 S. Austin Avenue, Suite 200
                                    Georgetown, TX  78626-5845
                                    Telephone: 512-582-2820
                                    Facsimile: 512-733-3623
                                    sdaniels@farneydaniels.com

                                    **Attorneys for Plaintiff**
                                    **PJC Logistics, LLC**