# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

IN RE: VEHICLE TRACKING AND
SECURITY SYSTEM ('844) PATENT       MDL NO. 11-2249
LITIGATION

| | |
|---|---|
| PJC LOGISTICS, LLC, | ) |
|     Plaintiff, | ) |
|     vs. | ) No.: 11-cv-02551-DWF-SER |
| A&R LOGISTICS, INC., *et al.* | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appear in this matter as counsel for Defendant Earl Henderson Trucking Company.

Dated: November 11, 2011

s/ Michael J. Burg
Robert A. Koons
Michael J. Burg, Jr.
DRINKER BIDDLE & REATH LLP
One Logan Square
Suite 2000
Philadelphia, NY 19103
(215) 988-2700

**Attorneys for Defendant
Earl L. Henderson Trucking Company**