UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 |
| PJC LOGISTICS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>A&R LOGISTICS, INC., *et al.*,<br><br>        Defendants. | No. 11-cv-2551 (DWF/SER) |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), Douglas J. Williams, Felicia J. Boyd, Niall A. MacLeod, Aaron A. Myers, Jonathan P. Froemel, Mark A. Hagedorn, Evan R. Chesler, Keith R. Hummel and James E. Canning hereby withdraw as counsel for defendants Allied Van Lines, Inc., North American Van Lines, Inc. and USF Holland Inc.  Allied Van Lines, Inc. and North American Van Lines, Inc. will continue to be represented by Michael E. Florey.  USF Holland Inc. will continue to be represented by Laura J. Borst, Roy Lo and James W. Repass.

Dated: November 30, 2011

                        BARNES & THORNBURG LLP,

                        s/Douglas J. Williams
                        Douglas J. Williams (#117353)
                        Felicia J. Boyd (#186168)
                        Niall A. MacLeod (#269281)
                        Aaron A. Myers (#311959)
                        225 South Sixth Street, Suite 2800
                        Minneapolis, MN 55402-4661
                        doug.williams@btlaw.com
                        felicia.boyd@btlaw.com
                        niall.macleod@btlaw.com
                        aaron.myers@btlaw.com
                        (612) 333-2111

                        OF COUNSEL:

                        Evan R. Chesler
                        Keith R. Hummel
                        James E. Canning
                        CRAVATH, SWAINE & MOORE LLP
                        Worldwide Plaza
                        825 Eighth Avenue
                        New York, NY 10019-7475
                        echesler@cravath.com
                        khummel@cravath.com
                        jcanning@cravath.com
                        (212) 474-1000

*Attorneys for Defendants Allied Van Lines, Inc., North American Van Lines, Inc. and USF Holland Inc.*