UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 |
| PJC LOGISTICS, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>A&R LOGISTICS, INC., *et al.*,<br><br>　　　　　　　　　　Defendants. | No. 11-cv-2551 (DWF/SER) |

**NOTICE OF WITHDRAWAL**

　　　　　PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), Evan R. Chesler, Keith R. Hummel and James E. Canning hereby withdraw as counsel for defendant Earl L. Henderson Trucking Company.  Earl L. Henderson Trucking Company will continue to be represented by Douglas J. Williams, Felicia J. Boyd, Niall A. MacLeod, Aaron A. Myers, Jonathan P. Froemel, Mark A. Hagedorn, Robert A. Koons and Michael J. Burg, Jr.

Dated:  November 30, 2011

BARNES & THORNBURG LLP,

s/ James E. Canning
Douglas J. Williams (#117353)
Felicia J. Boyd (#186168)
Niall A. MacLeod (#269281)
Aaron A. Myers (#311959)
225 South Sixth Street, Suite 2800
Minneapolis, MN 55402-4661
doug.williams@btlaw.com
felicia.boyd@btlaw.com
niall.macleod@btlaw.com
aaron.myers@btlaw.com
(612) 333-2111

OF COUNSEL:

Evan R. Chesler
Keith R. Hummel
James E. Canning
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
echesler@cravath.com
khummel@cravath.com
jcanning@cravath.com
(212) 474-1000

*Attorneys for Defendant Earl L. Henderson Trucking Company*

2