**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                         Plaintiff,<br><br>vs.<br><br>A&R LOGISTICS, INC., *et al*.,<br><br>                         Defendants. | Case No. 0:11-cv-02551-DWF-SER<br><br>(Transferred from the Northern District of Illinois, Civil Action No. 1:11-cv-1983)<br><br>**NOTICE OF DISMISSAL OF CON-WAY, INC. WITHOUT PREJUDICE** |

      Plaintiff PJC Logistics, LLC hereby dismisses Defendant Con-Way, Inc. without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant Con-Way, Inc. has not yet answered the complaint.  Accordingly, PJC Logistics, LLC voluntarily dismisses Con-Way, Inc. without prejudice pursuant to Rule 41(a)(1)(A)(i).

                                                   Respectfully submitted,

December 5, 2011                                */s/ Steven R. Daniels*
                                                     Steven R. Daniels
                                                     (Admitted *Pro Hac Vice*)
                                                     Texas State Bar No. 24025318
                                                     Farney Daniels LLP
                                                     800 S. Austin Ave., Suite 200
                                                     Georgetown, TX  78626
                                                     Telephone: (512) 582-2828
                                                     Facsimile: (512) 582-2829
                                                     E-mail: sdaniels@farneydaniels.com

Patrick G. Burns
Jeana R. Lervick
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tel: (312) 360-0080
Fax: (312) 360-9315

*Attorneys for Plaintiff PJC Logistics, LLC*