# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>A&R LOGISTICS, INC., *et al.*,<br><br>                    Defendants. | Case No. 0:11-cv-02551-DWF-SER<br><br>(Transferred from the Northern District of Illinois, Civil Action No. 1:11-cv-1983)<br><br>**NOTICE OF DISMISSAL OF R&M TRUCKING CO. WITH PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant R&M Trucking Co. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant R&M Trucking Co. has not yet answered the complaint. Accordingly, PJC Logistics, LLC voluntarily dismisses R&M Trucking Co. with prejudice pursuant to Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: December 6, 2011

*/s/ Steven R. Daniels*
Steven R. Daniels
(Admitted *Pro Hac Vice*)
Texas State Bar No. 24025318
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
E-mail: sdaniels@farneydaniels.com

1

Patrick G. Burns
Jeana R. Lervick
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tel: (312) 360-0080
Fax: (312) 360-9315

*Attorneys for Plaintiff PJC Logistics, LLC*