UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |
| PJC LOGISTICS, LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>A&R LOGISTICS, INC., *et al.*,<br><br>           Defendants. | Civil Action No. 0:11-cv-02551-DWF-SER<br><br>NOTICE OF DISMISSAL OF EARL L. HENDERSON TRUCKING COMPANY WITH PREJUDICE |

Plaintiff PJC Logistics, LLC and Defendant Earl L. Henderson Trucking Company, by their undersigned counsel, stipulate and agree pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure that all claims against Earl L. Henderson Trucking Company in the above-captioned action shall be dismissed with prejudice.

Respectfully submitted December 20, 2011.

_____
Robert A. Koons, Jr.
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: (215) 988-3392
Facsimile: (215) 988-2757
robert.koons@dbr.com

*Counsel for Earl L. Henderson Trucking Company*

_____
Steven R. Daniels
Farney Daniels LLP
800 S. Austin Avenue, Suite 200
Georgetown, TX 78626-5845
Telephone: (512) 582-2820
Facsimile: (512) 733-3623
sdaniels@farleydaniels.com

*Counsel for PJC Logistics, LLC*