UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>PJC Logistics, LLC,<br><br>           Plaintiff,<br><br>v.     Civil No. 11-2551 (DWF/SER)<br><br>Allied Van Lines, Inc., Central Transport North America, Inc., Equity Transportation Company, Inc., Gully Transportation, Inc., JBS Logistics Inc., North American Van Lines, Inc., Ormsby Trucking, Inc., USF Holland, Inc., The Mason and Dixon Lines, Incorporated,<br><br>           Defendants. | ORDER DISMISSING EARL L. HENDERSON TRUCKING COMPANY WITH PREJUDICE |

Gavin Jaems O'Keefe, Esq., Justin R. Gaudio, Esq., Patrick G. Burns, Esq., Greer, Burns & Crain, Ltd.; Mark Dietz, Esq., Dietz & Jarrard, PC; Steven R. Daniels, Esq., Farney Daniels LLP, counsel for Plaintiff.

Michael E. Florey, Esq., Fish & Richardson PC, counsel for Defendants Allied Van Lines, Inc., Equity Transportation Company, Inc., Gully Transportation, Inc., North American Van Lines, Inc.

Michael E. Florey, Esq., Fish & Richardson PC;Jonathan Paul Froemel, Esq., Mark A. Hagedorn, Esq., Barnes & Thornburg, counsel for Ormsby Trucking, Inc.

James W. Repass, Esq., Fulbright & Jaworski, LLP, counsel for USF Holland, Inc.

Kurt Brendan Drain, Esq., Eric Franklin Long, Esq., Tribler, Orpett & Meyer, P.C.; Justin H. Perl, Esq., Maslon, Edelman, Borman & Brand, LLP, Counsel for Defendants Central Transport North America, Inc. And the Mason and Dixon Lines, Incorporated.

---

Based upon the Notice of Dismissal of Earl L. Henderson Trucking Company filed by the Parties on December 27, 2011, (Doc. No.[126]),

**IT IS ORDERED** that defendant Earl L. Henderson Trucking Company is hereby dismissed, with prejudice and on the merits, without costs or disbursements to any party.

Dated: December 29, 2011        s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge