# TRIBLER ORPETT & MEYER

A Professional Corporation
ATTORNEYS AT LAW

**225 WEST WASHINGTON STREET, SUITE 1300 • CHICAGO, ILLINOIS 60606**
**PHONE: (312) 201-6400 • FAX: (312) 201-6401**

**Kurt B. Drain**
DIRECT: (312) 201-6449 • E-MAIL: kbdrain@tribler.com

December 29, 2011

*Via Electronic Mail*
Melissa Erstad
Judicial Assistant to Magistrate Judge Rau
United States District Court, District of Minnesota
334 Warren E. Burger Federal Courthouse
316 N. Robert Street
St. Paul, MN 55101
Melissa_erstad@mnd.uscourts.gov

Re:   PJC Logistics, LLC v. A&R Logistics, et al.
      USDC Northern Dist of IL Case No. 11-cv-01983, consolidated into
       USDC District of Minnesota Case No. 11:cv-02551-DWF-SER
      Our File No.: 332.23923

Dear Ms. Erstad:

As discussed in our telephone conversation earlier today, I, Kurt B. Drain, and Eric F. Long, of Tribler Orpett & Meyer, PC, appeared as local counsel for Defendants Central Transport North America, Inc. ("Central Transport"), The Mason and Dixon Lines, Incorporated ("Mason & Dixon") and Universal Truckload Services, Inc. ("Universal Truckload") in Case No.1:11-cv-01983 ( *PJC Logistics, LLC v. A&R Logistics, Inc., et al)* then pending in the United States District Court for the Northern District of Illinois.

On September 8, 2011, the United States Judicial Panel on Multi-District Litigation ordered that eleven cases, including Case No.1:11-cv-01983, were transferred to the District of Minnesota, assigned to the Honorable Donovan W. Frank, for coordinated or consolidated pretrial proceedings.

Since the above-noted transfer order was entered on September 8, 2011, no one at this Firm has represented Central Transport, Mason & Dixon or Universal Truckload in, or had any involvement with Case No.1:11-cv-01983, or any with any other matter consolidated therewith. Apparently the consolidated matter is proceeding under Case No. 11-cv-02551-DWF-SER in the USDC for the District of Minnesota, which we have been informed is currently assigned to Magistrate Judge Steven Rau for certain purposes, under the auspices of the Honorable Donovan

Melissa Erstad
United States District Court, District of Minnesota
December 29, 2011
Page 2

W. Frank. Further, pursuant to my conversation earlier today with the assistant to Judge Frank, another firm has appeared on behalf of the above-noted defendants in that matter. However, Kurt B. Drain, and Eric F. Long, of Tribler Orpett & Meyer, PC, remain listed as counsel in the consolidated matter and continue to receive electronic notices of filings in that matter. Thus, Kurt B. Drain, and Eric F. Long, of Tribler Orpett & Meyer, PC, need to withdraw as counsel.

Pursuant to my conversations with you and with Judge Frank's assistant, it is not clear exactly how this withdrawal should be most efficiently effected. Accordingly, at your request, I am sending you this letter reiterating the situation and what we need to accomplish in terms of this Firm's withdrawal, so that you can ascertain on your end how we might best go out about withdrawing as counsel and so inform me.

I look forward to hearing from you. If you have any questions or concerns, please do not hesitate to call.

Sincerely,

TRIBLER ORPETT & MEYER, P.C.

Kurt B. Drain

KBD/kbd