# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

PJC Logistics, LLC　　　　　　　　　　　　**CLERK'S ENTRY OF DEFAULT**

　　　　　　　Plaintiff(s)　　　　　　Case Number:　　11-2551 DWF/SER

v.

Allied Van Lines, Inc., Central Transport North America, Inc., Equity Transportation Company, Inc., Gully Transportation, Inc., JBS Logistics, Inc., North American Van Lines, Inc., Ormsby Trucking, Inc., USF Holland, Inc., The Mason and Dixon Lines, Incorporated

　　　　　　　Defendant(s)

It appearing that defendant JBS Logistics, Inc. is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

　　**DEFAULT IS HEREBY ENTERED** against JBS Logistics, Inc.

this day, January 10, 2012.

　　　　　　　　　　　　　　　　　　RICHARD D. SLETTEN, CLERK

　　　　　　　　　　　　　　　　　　s/A. Linner

　　　　　　　　　　　(By)　A. Linner　　　　　Deputy Clerk

Form Modified 06/28/04