**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                              Plaintiff,<br><br>vs.<br><br>A&R LOGISTICS, INC., *et al*.,<br><br>                              Defendants. | Case No. 0:11-cv-02551-DWF-SER<br><br>(Transferred from the Northern District of Illinois, Civil Action No. 1:11-cv-1983)<br><br>**STIPULATION FOR DISMISSAL OF USF HOLLAND INC. WITHOUT PREJUDICE** |

Plaintiff PJC Logistics, LLC and Defendant USF HOLLAND INC. hereby stipulate to the dismissal without prejudice of all claims against Defendant USF HOLLAND INC. and against Plaintiff PJC Logistics, LLC pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, PJC Logistics, LLC voluntarily dismisses USF HOLLAND INC. and USF HOLLAND INC. voluntarily dismisses PJC Logistics, LLC without prejudice by this stipulation, pursuant to Rule 41(a)(1)(A)(ii).

                                                            Respectfully submitted,

Dated:   February 28, 2012                    /s/ *Steven R. Daniels*
                                                            Steven R. Daniels
                                                            (Admitted *Pro Hac Vice*)
                                                            Texas State Bar No. 24025318
                                                            Farney Daniels LLP
                                                            800 S. Austin Ave., Suite 200
                                                            Georgetown, TX 78626
                                                            Telephone: (512) 582-2828
                                                            Facsimile:  (512) 582-2829
                                                            E-mail: sdaniels@farneydaniels.com
                                                            **ATTORNEYS FOR PLAINTIFF**
                                                            **PJC LOGISTICS, LLC**

2

Dated:   February 28, 2012                          /s/ *Laura J. Borst*
Laura J. Borst (Minnesota State Bar 032548X)
lborst@fulbright.com
Roy Lo (Minnesota State Bar 0391615)
rlo@fulbright.com
Fulbright & Jaworski, L.L.P.
2100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2112
(612) 321- 2800

OF COUNSEL:
James W. Repass
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151
jrepass@fulbright.com

**Attorneys for Defendant
USF Holland Inc.**